In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-05-480 CR


____________________



ELIJAH WHITE RATCLIFF, Appellant



V.



THE STATE OF TEXAS, Appellee






On Appeal from the 258th District Court


Polk County, Texas


Trial Cause No. 18,176






 MEMORANDUM OPINION 


 Elijah W. Ratcliff appealed his conviction for insurance fraud and requested a free
record. See Tex. R. App. P. 20.2. The trial court denied the request for indigent status
after the appellant refused to testify in support of his request. On February 9, 2006, we
affirmed the trial court's ruling and notified the parties that the appeal would be dismissed
for want of prosecution unless the record was filed by March 13, 2006. Neither the
clerk's record nor the reporter's record of the case below has been filed. The appellant
is not indigent and is not entitled to proceed without payment of costs. Tex. R. App. P.
20.2. There being no satisfactory explanation for the failure to file the clerk's record, the
appeal is dismissed for want of prosecution. Tex. R. App. P. 37.3(b).

 APPEAL DISMISSED.

 ____________________________

 STEVE McKEITHEN

 Chief Justice


Opinion Delivered April 5, 2006

Do Not Publish

Before McKeithen, C.J., Gaultney, and Kreger, JJ.